Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*Attorneys for Respondents*
RAYMOND CHICO and
RUBY ESPINOZ CHICO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND CHICO, RUBY ESPINOZA CHICO, and ANDREW ROBERT BUSTOS.<br><br>Respondents | No. 1:15-cv-04843 CRB<br><br>**STIPULATION & ORDER**<br><br>**Date: January 15, 2016**<br>**Time: 10:00 A.M.**<br><br>**The Honorable Charles S. Breyer** |

WHEREAS, This Court previously issued an Order to Show Cause ("OSC"), scheduled for hearing on January 15th, 2016, to show cause as to whether or not The Commissioner of Internal Revenue's administrative summons should be enforced against Respondents.

WHEREAS, the OSC specified that Respondents' written opposition should be filed 21 calendar days prior to the hearing date, with a Reply brief, if any, by Petitioner thereafter.

STIPULATION AND PROPOSED ORDER
*United States v. Chico et. al.*

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

1

WHEREAS, counsel for Respondents contacted counsel for Petitioner and agreed to modify the briefing dates within this case.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Respondents to respond to the Order to Show Cause is hereby continued to January 6th, 2016, and Petitioner's deadline to file a Reply is continued to January 8th, 2016.

/s/ Lindsay L. Clayton
LINDSAY L. CLAYTON
*Counsel for Petitioner*

/s/ Henry G. Wykowski
HENRY G. WYKOWSKI
*Counsel for Respondents*
Raymond Chico & Ruby Espinoza Chico

STIPULATION AND PROPOSED ORDER
*United States v. Chico et. al.*

2

**ORDER**

1.    GOOD CAUSE APPEARING, and in the interests of justice, it is hereby ordered that the deadline for Respondents to respond to the Order to Show Cause is hereby continued to January 6th, 2016, and Petitioner's deadline to file a Reply is continued to January 8th, 2016.

SO ORDERED

December 29, 2015
DATE

_____
THE HON. CHARLES R. BREYER